UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROYAL KEITHEN SMITH, JR.                    CIVIL ACTION

VERSUS                                      NO. 14-1238

SOCIAL SECURITY ADMINISTRATION              SECTION "S" (3)

REPORT AND RECOMMENDATION

On October 1, 2014, the above-captioned lawsuit was called for lack of service. Neither plaintiff nor counsel appeared. The Court set a second call docket on November 5, 2014. Neither plaintiff nor her counsel appeared at the second call docket. Plaintiff filed this lawsuit six months ago, on June 2, 2014. While summons was issued, service has never been perfected on defendant, and there has been no good cause for the failure to serve it.

Federal Rule of Civil Procedure 4(m) provides that "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service of an appropriate period." Fed. R. Civ. P. 4(m). The jurisprudence has come to expect strict compliance with the service rules within the one hundred twenty-day period prescribed the Rule 4(m) and its predecessor. *See, e.g., Lambert v. United States*, 44 F.3d 296 (5th Cir. 1995); *Peters v. United States*, 9 F.3d 344 (5th Cir. 1993); *McGinnis v. Shalala*, 2 F.3d 548 (5th Cir. 1993); *Trania v. United States*, 911 F.2d 1155 (5th Cir. 1990); *Roth v. Goodwill Indus.*, Civ A. No. 05-2691, 2006 WL 1985965, *1-2 (E.D. La. June 12, 2006). As noted, it has been six months since the inception of this lawsuit, and service has not been effected on defendant. Neither plaintiff nor her counsel has appeared at either call docket to provide the Court with good cause as to why she has not perfected service.

Accordingly,

**IT IS RECOMMENDED** that the above-captioned lawsuit be DISMISSED WITHOUT PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 15th day of December, 2014.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**