# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROYAL KEITHEN SMITH, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1238** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "S" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to prosecute under Federal Rule of Civil procedure 4(m).

New Orleans, Louisiana, this   13th   day    January   , 2015.

_____
**UNITED STATES DISTRICT JUDGE**