# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **APRIL LYNN D. HARDY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2425** |
| **UNITED STATES OF AMERICA** | **SECTION "S" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 13th day January, 2015.

_____
UNITED STATES DISTRICT JUDGE